UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA D. TYSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZ, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00688-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR RELIEF FROM THE SCHEDULING ORDER AND EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. 16) |

　　　　On May 5, 2022, the parties filed a joint motion seeking relief from the Court's requirement that the parties exchange settlement letter as stated in the Court's Scheduling Order. The parties explain that Plaintiff mistakenly did not follow the letter brief procedure and filed her Opening Brief on April 12, 2022.  Defendant reports that it has reviewed the case for possible settlement and intends to defend the Commissioner of Social Security's decision by filing a responsive brief.  The parties acknowledge that more recent scheduling orders have eliminated the letter brief exchange requirement, this case is proceeding under the prior version of the Court's scheduling order.  The parties understand their responsibility to review each case for specific instructions and deadlines.  (Doc. 16.)

　　　　In addition to seeking relief from the letter brief procedure, the parties also stipulate to extend the time for Defendant to respond to Plaintiff's Opening Brief from May 12, 2022, to June

11, 2022.  This is the parties' first request for an extension of time, which is permitted by the Court's Scheduling Order.

Having considered the joint motion, and good cause appearing, the parties' request for relief from the letter brief procedure is HEREBY GRANTED.  Further, pursuant to the parties' stipulation, Defendant's request for an extension of time to file a responsive brief is GRANTED. Defendant shall file a responsive brief on or before June 11, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 7, 2022**                                   /s/ *Barbara A. McAuliffe*   
                                                           UNITED STATES MAGISTRATE JUDGE